UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VANCE L. EDWARDS,

      Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 3:18-cv-00259

Magistrate Judge Michael J. Newman
(Consent Case)

---

**ORDER AND ENTRY: (1) GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THIS CASE (DOC. 17); (2) DISMISSING THIS ACTION WITHOUT PREJUDICE; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This civil case is before the Court on *pro se* Plaintiff's motion to voluntarily dismiss his Social Security disability appeal.[1] Doc. 17. For good cause shown, and absent objection, Plaintiff's unopposed motion to voluntarily dismiss (doc. 17) is **GRANTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE** and shall be **TERMINATED** on the Court's docket.

      **IT IS SO ORDERED.**

Date:  September 12, 2019          s/ Michael J. Newman
                                      Michael J. Newman
                                      United States Magistrate Judge

---

[1] Plaintiff was to file his Statement of Errors in this case on or before May 28, 2019. *See* doc. 16. When he had not filed the Statement of Errors as required, the undersigned, on June 13, 2019, the Court ordered Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute. *Id.* Alternatively, the undersigned granted Plaintiff an extension until June 27, 2019 to file his Statement of Errors. *Id.* In response to the Court's Show Cause Order, Plaintiff filed the instant motion to voluntarily dismiss. Doc. 17.